**Electronically Filed**
**Supreme Court**
**SCWC-14-0000986**
**01-AUG-2017**
**01:13 PM**

SCWC-14-0000986

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant,

v.

THOMAS A. RUSSO, Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000986; 2DCW-12-0000873)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on June 22, 2017, is hereby accepted and will be scheduled for

oral argument.  The parties will be notified by the appellate

clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, August 1, 2017.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

